IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TRACY L. McGRAW,
    Plaintiff,

vs.                                                Case No.: 3:18cv2155/RV/EMT

HEATHER LOPEZ, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a pro se civil complaint (ECF No. 1). On October 19, 2018, because Plaintiff's initial motion to proceed in forma pauperis was insufficient, the court entered an order providing her thirty (30) days in which to file an amended motion or pay the filing fee (ECF No. 4). Plaintiff failed to respond to the order, so on November 26, 2018, the court issued an order requiring Plaintiff to show cause, within thirty (30) days, why this action should not be dismissed for failure to comply with an order of the court (ECF No. 5). At that time, Plaintiff was advised that failure to respond to the order would result in a recommendation that this action be dismissed (*id*.). The time for compliance with the show cause order has now elapsed, with no response or any other filing from Plaintiff.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 28<u>th</u> day of December 2018.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No: 3:18cv2155/RV/EMT